**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

_____

Lois Lane,                                   Civil No. 09-2596 (RHK/SRN)

         Plaintiff,

v.                                           **Order of Dismissal
With Prejudice**

River Collection & Recovery Services,
Inc.; and Jennifer Kay Snyder,

         Defendants.

_____

The court having been advised that the above-entitled action has been resolved, **IT IS ORDERED** that the above-entitled action against Defendants shall be and hereby is **DISMISSED WITH PREJUDICE** and on the merits, without costs, disbursements, or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 23, 2009

                               s/Richard H. Kyle
                               RICHARD H. KYLE
                               United States District Judge